# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 20-61244 | | Trustee Name: | Jordan E. Lubin |
| --- | --- | --- | --- | --- |
| Case Name: | ALLIED ENERGY SERVICES, LLC | | Date Filed (f) or Converted (c): | 01/22/2020 (f) |
| For the Period Ending: | 06/30/2021 | | §341(a) Meeting Date: | 05/01/2020 |
| | | | Claims Bar Date: | 02/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Ozark Bank Operating Account Ending 7803 | $0.92 | $0.92 | | $0.00 | FA |
| 2 | Ozark Bank Temporary Disbursement Account Ending 0791 | Unknown | Unknown | | $0.00 | FA |
| 3 | Deposits at Bank Ozk carried forward on books before April 2015 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 4 | Investment in Taylor Energy | $500.00 | $500.00 | | $0.00 | FA |
| 5 | Office furniture (several classification errors affect the actual number on Debtor's balance sheet, should reflect $15,306.99) | $16,596.53 | $16,596.53 | | $0.00 | FA |
| 6 | Claims against various entities, Preference and Avoidance Claims | Unknown | $6,000,000.00 | | $0.00 | $6,000,000.00 |
| **Asset Notes:** | The estimated value is for reporting purposes only. The claims will be fully developed during the course of investigation and litigation. | | | | | |
| 7 | Claim against C. Dean Alford, Breach of Fiduciary Duty, Fraud, etc. | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | $18,097.45 | $6,018,097.45 | | $0.00 | $6,000,000.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

06/29/2021   Trustee employed Counsel and Special Counsel to pursue fraudulent transfers and preference payments. Special Counsel is preparing the Rule 2004 examinations of several parties. Trustee is also seeking production of documents from the SEC to review and analyze with Counsel and Special Counsel in order to support these claims.

| Initial Projected Date Of Final Report (TFR): | 09/24/2023 | Current Projected Date Of Final Report (TFR): | /s/ JORDAN E. LUBIN |
| --- | --- | --- | --- |
| | | | JORDAN E. LUBIN |