**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-61244 | | | Trustee Name: | Jordan E. Lubin |
|---|---|---|---|---|---|
| Case Name: | ALLIED ENERGY SERVICES, LLC | | | Date Filed (f) or Converted (c): | 01/22/2020 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/01/2020 |
| | | | | Claims Bar Date: | 02/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Ozark Bank Operating Account Ending 7803 | $0.92 | $0.00 | | $0.00 | FA |
| 2 | Ozark Bank Temporary Disbursement Account Ending 0791 | Unknown | $0.00 | | $0.00 | FA |
| 3 | Deposits at Bank Ozk carried forward on books before April 2015 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Investment in Taylor Energy | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Office furniture (several classification errors affect the actual number on Debtor's balance sheet, should reflect $15,306.99) | $16,596.53 | $0.00 | OA | $0.00 | FA |
| 6 | Claims against various entities, Preference and Avoidance Claims in various stages of litigation | Unknown | $6,000,000.00 | | $0.00 | $4,200,000.00 |
| Asset Notes: | The estimated value is for reporting purposes only. The claims will be fully developed during the course of investigation and litigation. | | | | | |
| 7 | Claim against C. Dean Alford, Breach of Fiduciary Duty, Fraud, etc. | Unknown | $0.00 | | $0.00 | FA |
| 8 | Claim against Carol Cookerly, Adversary Proceeding No. 22-05029-JWC. (u) | $0.00 | $17,260.27 | | $17,260.27 | FA |
| Asset Notes: | Order Approving Settlement, Doc. No. 139, 10/27/22 | | | | | |
| 9 | Claim against Atlanta Angel Group, LLC, Adversary Proceeding No. 22-05035-JWC (u) | $0.00 | $45,000.00 | | $45,000.00 | FA |
| Asset Notes: | Order Approving Settlement, Doc. No. 138, 10/27/22 | | | | | |
| 10 | Claim against Jayakumar Kambam, Adversary Proceeding No. 22-05038-JWC (u) | $14,732.96 | $14,732.96 | | $14,732.46 | FA |
| Asset Notes: | Payment of Judgment Order in Adversary No.22-05038-JWC, Doc. No. 10, September 26, 2022 | | | | | |
| 11 | Claim against Team Bailey Holdings, LLC, Adversary Proceeding No. 22-05030-JWC (u) | $100,000.00 | $100,000.00 | | $100,000.00 | FA |
| Asset Notes: | Payment of Order Approving Settlement of Adversary No.22-05030-JWC, Doc. No. 182, January 11, 2023. | | | | | |
| 12 | Claim against Angeles Investment Group, LLC, Primetech Solutions, LLP, Pankaj Sutaria and Nisha Sutaria, Adversary Proceeding No. 22-05031-JWC; Claim against Devine Living, LLC, Adversary Proceeding No. 22-05036-JWC; and Claim against Asha Sinojia, Adversary Proceeding No. 22-05043-JWC. (u) | $0.00 | $84,500.00 | | $84,500.00 | FA |
| Asset Notes: | Order Approving Settlement, Doc. No. 196, 5/2/23 | | | | | |

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-61244 | | | Trustee Name: | Jordan E. Lubin |
| Case Name: | ALLIED ENERGY SERVICES, LLC | | | Date Filed (f) or Converted (c): | 01/22/2020 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/01/2020 |
| | | | | Claims Bar Date: | 02/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  Claim against Krzemien Enterprises, Inc., Adversary Proceeding No. 22-05039-JWC   (u) | $0.00 | $7,000.00 | | $3,500.00 | $3,500.00 |
| Asset Notes:    Order Approving Settlement, Doc. No. 203, 6/7/23 | | | | | |
| 14  Claim against Gandhi, et al, Adversary Proceeding No. 22-05035-JWC   (u) | $0.00 | $350,000.00 | | $350,000.00 | FA |
| Asset Notes:    Settled, as approved by Order Approving Settlement Resolving Adversary Proceeding 22-05035-JWC, Doc. No. 204, 6/7/23 | | | | | |
| 15  Claim against C.H. Chen, Adversary Proceeding No. 22-05027-JWC   (u) | $0.00 | $500,000.00 | | $500,000.00 | FA |
| Asset Notes:    Settlement with Chen, as approved by Order Approving Settlement with C. H. Chen, resolving Adversary Proceeding 22-05027-JWC, Doc. No. 205, 6/7/23 | | | | | |
| 16  Claim against Nashville Insider, LLC, Adversary Proceeding No. 22-05028-JWC, as approved by Order of the Court, Doc. # 221, 7/13/23   (u) | $5,000.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes:    Settlement with Nashville Insider, LLC, as approved by Order of the Court, Doc. # 221, 7/13/23 | | | | | |
| 17  Settlement with S. Smith, resolving Adversary Proceeding 22-05027-JWC, Doc. No. 201, as approved by Order of the Court, Doc. # 221, 7/13/23   (u) | $0.00 | $65,000.00 | | $65,000.00 | FA |
| 18  Settlement with E. Smith, resolving Adversary Proceeding 22-05027-JWC, as approved by Order of the Court, Doc. # 222, 7/13/23   (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| 19  Settlement with RGDD Development, LLC, as approved by Order Approving Settlement with RGDD Development, LLC, resolving Adversary Proceeding 22-05042-JWC, Doc. No. 219, 6/27/23   (u) | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |
| Asset Notes:    Settlement with RGDD Development, LLC, as approved by Order Approving Settlement with RGDD Development, LLC, resolving Adversary Proceeding 22-05042-JWC, Doc. No. 219, 6/27/23 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                **Gross Value of Remaining Asset**

$152,830.41      $7,218,493.23      $1,199,992.73      $4,218,500.00

**Major Activities affecting case closing:**

FORM 3

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 20-61244 | | | Trustee Name: | Jordan E. Lubin |
| Case Name: | ALLIED ENERGY SERVICES, LLC | | | Date Filed (f) or Converted (c): | 01/22/2020 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 05/01/2020 |
| | | | | Claims Bar Date: | 02/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/30/2023  Trustee employed Counsel and Special Counsel to pursue fraudulent transfers and preference payments. Special Counsel prepared Rule 2004 examinations of several parties. Special Counsel, Counsel and Trustee reviewed and analyzed substantial documentation. Thereafter, multiple adversary proceedings were filed. Trustee, Counsel and Special Counsel resolved the adversary proceedings through judgments, compromise and settlement or mediated settlements. Summary Judgment is pending in one case. Some motions to compromise are pending in other cases. In one case the order of default was entered, however, a subpoena was issued for documentation necessary to determine the initial transferee. Trustee, Counsel and Special Counsel are pursuing the parties in the cases where the default judgments have been entered.

Initial Projected Date Of Final Report (TFR): 09/24/2023     Current Projected Date Of Final Report (TFR):          /s/ JORDAN E. LUBIN

JORDAN E. LUBIN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-61244 | | Trustee Name: | Jordan E. Lubin |
|---|---|---|---|---|
| Case Name: | ALLIED ENERGY SERVICES, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3694 | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $29,875,000.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2022 | (8) | Cookerly Public Relations, Inc. | Settlement of Adversary Proceeding No. 22-05029-JWC, approved by the Court, Doc. No. 139, 10/27/22 | 1241-000 | $17,260.27 | | $17,260.27 |
| 11/09/2022 | (9) | ATLANTA ANGEL GR | Settlement of Adversary Proceeding as approved by the Court, Order Approving Settlement, Doc. No. 138, 10/27/22 | 1241-000 | $45,000.00 | | $62,260.27 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $73.09 | $62,187.18 |
| 12/12/2022 | (10) | Jayakumar Kambam | Payment of Judgment Order in Adversary No.22-05038-JWC, Doc. No. 10, September 26, 2022 | 1241-000 | $14,732.46 | | $76,919.64 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $115.68 | $76,803.96 |
| 01/16/2023 | (11) | ROLAND BAILEY and JESSICA C BAILEY | Payment of Order Approving Settlement of Adversary No.22-05030-JWC, Doc. No. 182, January 11, 2023 | 1241-000 | $16,667.00 | | $93,470.96 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $136.95 | $93,334.01 |
| 02/16/2023 | (11) | ROLAND BAILEY andJESSICA C BAILEY | Payment on Order Approving Settlement of Adversary No. 22-05030-JWC, Doc. No. 182, January 11, 2023 | 1241-000 | $16,667.00 | | $110,001.01 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $147.31 | $109,853.70 |
| 03/29/2023 | (11) | ROLAND BAILEYJESSICA C BAILEY | Payment per Order Approving Settlement of Adversary No. 22-05030-JWC, Doc. No. 182, January 11, 2023 | 1241-000 | $16,667.00 | | $126,520.70 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $193.04 | $126,327.66 |
| 04/25/2023 | (11) | ROLAND BAILEY JESSICA C BAILEY | Payment per Order Approving Settlement of Adversary No. 22-05030-JWC, Doc. No. 182, January 11, 2023 | 1241-000 | $16,667.00 | | $142,994.66 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $189.33 | $142,805.33 |
| 05/15/2023 | (12) | A K VIJAPURA and OR M VIJAPURA | Payment of Order Approving Settlement of Adversary Nos. 22-05031-JWC, 22-05036-JWC and 22-05043-JWC, Doc. No. 196, May 2, 2023 | 1241-000 | $50,000.00 | | $192,805.33 |
| 05/15/2023 | (12) | ANGELES INVESTMENTS GROUP | Payment of Order Approving Settlement of Adversary Nos. 22-05031-JWC, 22-05036-JWC and 22-05043-JWC, Doc. No. 196, May 2, 2023 | 1241-000 | $7,773.09 | | $200,578.42 |
| 05/15/2023 | (12) | PRIMETECH SOLUTIONS LLC | Payment of Order Approving Settlement of Adversary Nos. 22-05031-JWC, 22-05036-JWC and 22-05043-JWC, Doc. No. 196, May 2, 2023 | 1241-000 | $26,726.91 | | $227,305.33 |
| | | | **SUBTOTALS** | | **$228,160.73** | **$855.40** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 20-61244 | Trustee Name: | Jordan E. Lubin |
| --- | --- | --- | --- |
| Case Name: | ALLIED ENERGY SERVICES, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3694 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $29,875,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2023 | (11) | ROLAND BAILEY and JESSICA C BAILEY | Payment on Order Approving Settlement of Adversary No. 22-05030-JWC, Doc. No. 182, January 11, 2023 | 1241-000 | $33,332.00 | | $260,637.33 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $320.83 | $260,316.50 |
| 06/12/2023 | (13) | Krzemien Enterprises, Inc. | First Installment of Settlement Payment due on claim against Jayakumar Kambam, Adversary Proceeding No. 22-05038-JWC, Order approving settlement Doc. 203, 6/7/23 | 1241-000 | $3,500.00 | | $263,816.50 |
| 06/13/2023 | (14) | LAMBERTH, CIFELLI, ELLIS & NASON, P.A. | Settlement Payment from Gandhi, as approved by Order Approving Settlement Resolving Adversary Proceeding 22-05035-JWC, Doc. No. 204, 6/7/23 | 1241-000 | $350,000.00 | | $613,816.50 |
| 06/13/2023 | (15) | LAMBERTH, CIFELLI, ELLIS & NASON, P.A. | Settlement Payment from Chen, as approved by Order Approving Settlement with C. H. Chen, resolving Adversary Proceeding 22-05027-JWC, Doc. No. 205, 6/7/23 | 1241-000 | $500,000.00 | | $1,113,816.50 |
| 06/23/2023 | (16) | Nashville Insider, LLC | Settlement with Nashville Insider, LLC, as approved by Order of the Court, Doc. # 221, 7/13/23 | 1241-000 | $5,000.00 | | $1,118,816.50 |
| 06/29/2023 | (17) | Shirley Smith | Settlement with S. Smith, resolving Adversary Proceeding 22-05027-JWC, as approved by Order of the Court, Doc. # 221, 7/13/23 | 1241-000 | $65,000.00 | | $1,183,816.50 |
| 06/29/2023 | (18) | Eric Smith | Settlement with E. Smith, resolving Adversary Proceeding 22-05027-JWC, as approved by Order of the Court, Doc. # 222, 7/13/23 | 1241-000 | $15,000.00 | | $1,198,816.50 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,341.64 | $1,197,474.86 |
| | | | **SUBTOTALS** | | **$971,832.00** | **$1,662.47** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 20-61244 | |
| **Case Name:** | ALLIED ENERGY SERVICES, LLC | |
| **Primary Taxpayer ID #:** | **-***3694 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2022 | |
| **For Period Ending:** | 06/30/2023 | |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $29,875,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,199,992.73 | $2,517.87 | $1,197,474.86 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,199,992.73 | $2,517.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,199,992.73 | $2,517.87 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 11/07/2022 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,199,992.73 | Total Compensable Receipts: | $1,199,992.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,199,992.73 | Total Comp/Non Comp Receipts: | $1,199,992.73 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,517.87 | Total Compensable Disbursements: | $2,517.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,517.87 | Total Comp/Non Comp Disbursements: | $2,517.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 20-61244 | Trustee Name: | Jordan E. Lubin |
|---|---|---|---|
| Case Name: | ALLIED ENERGY SERVICES, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3694 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $29,875,000.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,199,992.73 | $2,517.87 | $1,197,474.86 |

For the period of 07/01/2022 to 06/30/2023

| | |
|---|---:|
| Total Compensable Receipts: | $1,199,992.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,199,992.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,517.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,517.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 11/07/2022 to 6/30/2023

| | |
|---|---:|
| Total Compensable Receipts: | $1,199,992.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,199,992.73 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,517.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,517.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JORDAN E. LUBIN

JORDAN E. LUBIN